# United States Bankruptcy Court
## District of Kansas

| In re | Mark Robert Wilkinson<br>Theresa Jean Wilkinson | | Case No. | **13-21855** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13** |

## OBJECTION TO PROOF OF CLAIM NO. 10 FILED BY H. ALICE JACKS ACHTENBERG

**COME NOW** the above-named debtors, by and through their attorney of record, Jonathan C. Becker, pursuant to Rule 3007 of the Rules of Bankruptcy Procedure and file this objection to the claim filed by the referenced creditor and in support hereof would show the following:

1. This case was commenced by the filing of a petition with the Clerk of this court on July 21, 2013.

2. Creditor filed a purported proof of claim in the amount of $1,355.39.

3. The creditor's claim is based upon a writing. The claim form and attached documents, if any, do not satisfy the mandatory requirements of FRBP 3001(c). The Proof of Claim was not executed and filed in accordance with Rule 3001(c). Creditor's claim lacks prima facie validity. In re Kirkland, No. 08-2017 (10th Cir., July 14, 2009)

4. The claim is not supported by any written evidence of an enforceable agreement or a contract that establishes the debt between the debtor and creditor.

5.      The claim does not satisfy the requirements to prove the contents of a writing as set forth in 11 U.S.C. § 502(b)(1).

6.      The debtor further objects to the amount of the debt.  The claim fails to include a itemized written statement of the account and fails to list interest and other charges along with payments made.  Debtor demands proof of late fees, over limit fees, finance charges, attorney fees, interest, NSF check fees, phone payment fees, the interest rates used to compute the balance alleged on the Proof of Claim, an explanation and breakdown of the elements used in each of the calculations, and a copy of the agreement authorizing the interest, charges and fees that are included in the claim.

**WHEREFORE**, the debtor moves the Court for relief as follows:

1.      That the Court directs the Chapter 13 Trustee to strike the claim of H.Alice Jacks Achtenberg;

2.      That the claim should be entirely disallowed as it fails to comply with the mandatory requirements of Rule 3001(c);

3.      That the claim should be entirely disallowed as the creditor failed to provide verification of ownership, a copy of the agreement authorizing the charges and fees included in the claim, invoices and statements, proof of late fees, over limit fees, finance charges, attorney fees, interest and the interest rates used to compute the

alleged balance and the explanation and breakdown of the elements used in each of the calculations;

4. That the creditor be precluded from filing any amended, modified or substituted claim in this case;

5. That the underlying debt be canceled and forever discharged whether or not the debtors receive their Discharge Order in this case;

6. That the debtor has such other and further relief as the Court may deem just and proper.

Dated this 21 October 2013.

                                       **JONATHAN C. BECKER,**
                                       **ATTORNEY AT LAW, P.A.**

                                By:  /s/ Jonathan C. Becker_____
                                   Jonathan C. Becker,  #13983
                                   3120 Mesa Way, Suite B
                                   Lawrence, KS   66049-4203
                                   785/842-0900
                                   785/371-0952
                                   jayhawkattorney@gmail.com
                              **Attorney for Debtor**

## **CERTIFICATE OF MAILING**

     I hereby certify that on this 21 October 2013 a true and correct copy of the above and foregoing was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF system.

Additionally, a copy of the above and foregoing was deposited in the U.S. Mail, postage prepaid, on this 21 October 2013 to: H Alice Jacks Achtenberg, 1010 West 68th Terr., Kansas City MO 64113 .

/s/ Jonathan C. Becker_____
Jonathan C. Becker